IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAMES DAVID HARMAN,

    Plaintiff,

    v.

PENNSYLVANIA POWER AND LIGHT COMPANY,

    Defendant.

CIVIL ACTION NO. 3:14-CV-2014

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this \_\_6th\_\_ day of February, 2015, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 14) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 14) is **ADOPTED.**

(2) Defendant's Motion to Dismiss (Doc. 6) is **GRANTED**.

(3) The Complaint (Doc. 1) is **DISMISSED without prejudice.**

(4) Plaintiff is granted twenty-one (21) days to file an amended complaint to cure the defects identified in the Report and Recommendation (Doc. 14). Should Plaintiff fail to amend within this period, his complaint will be dismissed **with prejudice.**

(5) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge