IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES DAVID HARMAN, | |
| Plaintiff, | CIVIL ACTION NO. 3:14-CV-2014 |
| v. | (JUDGE CAPUTO) |
| PENNSYLVANIA POWER AND LIGHT COMPANY, | (MAGISTRATE JUDGE SAPORITO) |
| Defendant. | |

## ORDER

**NOW**, this 27th day of March, 2015, upon review of the Report and Recommendation of Magistrate Judge Joseph F. Saporito (Doc. 16) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 16) is **ADOPTED.**

(2) The Complaint (Doc. 1) is **DISMISSED with prejudice.**

(3) The Clerk of Court is instructed to mark this case as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge